IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, Individually, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-308 |
| v. | |
| GALAXY CAFÉ, INC., a Domestic Corporation; and CITY OF SAVANNAH, an Incorporated City, | |
| Defendants. | |

**O R D E R**

Before the Court is Plaintiff's Voluntary Dismissal of Defendant Galaxy Café, Inc., Without Prejudice, (doc. 9), which was filed on October 22, 2021, and a Joint Stipulation of Dismissal With Prejudice, which was signed and filed on January 6, 2022, by counsel for Plaintiff and counsel for the Mayor and Aldermen of the City of Savannah (which, the filing states, is the correct name for the entity Plaintiff intended to sue when it named "City of Savannah, an Incorporated City" as a defendant) (hereinafter, "the City"), (doc. 13).  In the first document, Plaintiff, citing Federal Rule of Civil Procedure 41(a)(1), voluntarily dismisses Defendant Galaxy Café, Inc., which has not filed an answer or a motion for summary judgment, without prejudice. (Doc. 9.)  Accordingly, the Court **DISMISSES** Defendant Galaxy Café, Inc., **without prejudice**, from this case.  The Court **DIRECTS** the Clerk of Court to update the docket accordingly.

In the more recently filed document, Plaintiff and the City stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees, expenses and costs.  (Doc. 13.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action against the City **WITH PREJUDICE**, with each party to bear its own attorney's fees, expenses

and costs.  The Clerk is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 9, 13), and **CLOSE** this case.

    **SO ORDERED**, this 18th day of January, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA